**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 21-CV-82002-MARRA**

**SIMMON OLEJNICZAK**,

    Plaintiff,

v.

**SPEED FANATIX, INC**.,
**STEPHEN HARPER**, individually, and
**REG DODD**, individually,

    Defendants.

_____/

## <u>JOINT MOTION FOR SETTLEMENT CONFERENCE</u><br><u>BEFORE MAGISTRATE JUDGE WILLIAM MATTHEWMAN</u>

Pursuant to Rule 7.1 of the Local Rules of Civil Procedure, Plaintiff, Simmon Olejniczak and the Defendants, Speed Fanatix, Inc., Stephen Harper, and Reg Dodd ("Defendants") (collectively the "Parties"), by and through their undersigned counsel, hereby move the Court for the scheduling of a settlement conference with U.S. Magistrate Judge William Matthewman, and in support thereof state as follows:

1. On or about October 19, 2021, Plaintiff filed his Complaint against Defendants, asserting violations of the Fair Labor Standards Act ("FLSA"). (D.E. 1).

2. On December 8, 2021, Defendants filed their Answer and Affirmative Defenses to the Complaint. (D.E. 9).

3. The parties believe that a settlement conference before a Magistrate Judge would be the most productive and fruitful manner in achieving an early resolution to this case without unnecessary attorneys' fees.

4. Rule 1 of the Magistrate Rules for the United States District Court for the Southern

District of Florida states, in relevant part, that a Magistrate Judge is authorized to conduct settlement conferences. *See* S.D. Fla. M.R. 1(i)(2). Additionally, Rule 2 states that "the District Judge may refer to a Magistrate Judge any matter within the scope of these Magistrate Judge Rules." S.D. Fla. M.R. 2.

     5.    This Motion is being filed in good faith and does not prejudice any party to the Action.

     6.    Accordingly, the parties request that such a conference be convened to facilitate settlement.

     Wherefore, the parties respectfully request that this Court enter an Order referring the parties to the assigned magistrate judge for settlement conference proceedings, at such time as he may determine.

Dated: March 2, 2022

Respectfully submitted,

s/ Brody M. Shulman
J. Freddy Perera, Esq.
Florida Bar No. 93625
freddy@pba-law.com
Brody M. Shulman, Esq.
Florida Bar No. 092044
brody@pba-law.com

**PERERA ALEMAN, P.A.**
12555 Orange Drive
Second Floor
Davie, Florida 33330
Telephone: 786-485-5232
Facsimile:

*Counsel for Plaintiff*

s/David M. Gobeo
David M. Gobeo, Esq.
Florida Bar No. 0016565
Direct: (561) 345-7512
Email: dgobeo@fordharrison.com
**Ford & Harrison LLP**
1450 Centrepark Blvd #325
West Palm Beach, FL 33401

Steven D. Reardon, Esq.
Florida Bar No. 1003515
Direct: (305) 808-2115
Email: sreardon@fordharrison.com
**Ford & Harrison LLP**
1 SE 3rd Ave., Suite 2130
Miami, FL 33131
*Counsel for Defendants*

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of March 2022, I electronically filed the foregoing with the Clerk of the Court using CM/ECF. I also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the Service List below in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

/s/ David M. Gobeo
David M. Gobeo, Esq.
Florida Bar No. 0016565

## SERVICE LIST

J. Freddy Perera, Esq.
freddy@pba-law.com
Bayardo E. Aleman, Esq.
bayardo@pba-law.com
Brody M. Shulman, Esq.
brody@pba-law.com
Perera Aleman
12555 Orange Drive
Second Floor
Davie, Florida 33330
Phone: 786.485.5232
*Counsel for Plaintiff*