UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 21-CV-82002 – MARRA

SIMMON OLEJNICZAK,

    Plaintiff,

v.

SPEED FANATIX, INC.,
STEPHEN HARPER, individually and
REG DODD, individually,

    Defendants.

_____/

## JOINT MOTION TO APPROVE SETTLEMENT AGREEMENT AND DISMISS DEFENDANTS WITH PREJUDICE

Plaintiff, Simmon Olejniczak, and Defendants, Speed Fanatix, Inc., Stephen Harper and Reg Dodd ("Defendants") jointly move the court to approve the settlement they have reached in the above-captioned action and dismiss Defendants, Speed Fanatix, Inc., Stephen Harper and Reg Dodd from the above captioned action with prejudice, and state the following in support thereof:

1. On or about October 19, 2021, Plaintiff filed his Complaint against Defendants, asserting violations of the Fair Labor Standards Act ("FLSA"). [D.E. 1].

2. The Parties have engaged in good faith settlement negotiations to resolve the claims. During the Settlement Conference held on June 9, 2022, the Parties reached an agreement to resolve the above-captioned action on terms that are mutually acceptable.

3. The parties agree to submit the settlement terms for review at a fairness hearing, pursuant to *Lynn's Food Stores, Inc. v. U.S*, 679 F.2d 1350 (11th Cir. 1982), to be conducted before Judge Matthewman.

3. The Parties further request this Court retain jurisdiction to enforce the Settlement Agreement entered into by and between the Parties, and condition the dismissal upon this Court entering an order retaining jurisdiction to enforce the terms of the Parties' Settlement Agreement. *See Anago Franchising, Inc. v. Shaz, LLC*, 677 F.3d 1272 (11th Cir. 2012).

4. The Parties stipulate to the dismissal with prejudice of Defendants Speed Fanatix, Inc., Stephen Harper and Reg Dodd upon approval by the Court.

5. This motion is being filed in good faith and does not prejudice any party to this action.

WHEREFORE, the Parties respectfully request that this Court approve the Settlement Agreement and dismiss Defendants Speed Fanatix, Inc., Stephen Harper and Reg Dodd from the action with prejudice.

| For Perera Aleman, P.A. | For FordHarrison LLP |
|---|---|
| /s/ Brody M. Shulman<br>J. Freddy Perera, Esq.<br>Florida Bar No. 93625<br>Email: freddy@pba-law.com<br>Brody M. Shulman, Esq.<br>Florida Bar No. 092044<br>Email: brody@pba-law.com<br><br>**PERERA ALEMAN, P.A.**<br>12555 Orange Drive<br>Second Floor<br>Davie, Florida 33330<br>Telephone: 786-485-5232<br><br>*Counsel for Plaintiff* | /s/David M. Gobeo<br>David M. Gobeo, Esq.<br>Florida Bar No. 0016565<br>Direct: (561) 345-7512<br>Email: dgobeo@fordharrison.com<br>**Ford & Harrison LLP**<br>1450 Centrepark Blvd #325<br>West Palm Beach, FL 33401<br><br>Steven D. Reardon, Esq.<br>Florida Bar No. 1003515<br>Direct: (305) 808-2115<br>Email: sreardon@fordharrison.com<br>**Ford & Harrison LLP**<br>1 SE 3rd Ave., Suite 2130<br>Miami, FL 33131<br>*Counsel for Defendants* |

Respectfully submitted this 14th day of June, 2022.

## CERTIFICATE OF SERVICE

WE HEREBY CERTIFY that on June 14, 2022, that the foregoing has been electronically filed using the Florida Court's E-Filing Portal and served on the following individuals:

## SERVICE LIST

J. Freddy Perera, Esq.
freddy@pba-law.com
Bayardo E. Aleman, Esq.
bayardo@pba-law.com
Brody M. Shulman, Esq.
brody@pba-law.com
Perera Aleman
12555 Orange Drive
Second Floor
Davie, Florida 33330
Phone: 786.485.5232
*Counsel for Plaintiff*

                                                                         s/David M. Gobeo_____
                                                                         David M. Gobeo